NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000878
02-MAY-2014
09:36 AM

NO. CAAP-12-0000878

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


EILEEN MUNNIG SCHMIDT NIMS, Plaintiff-Appellee, v.
MATTHEW JON NIMS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-6560)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)


Upon consideration of the Stipulation to Dismiss Appeal filed on April 23, 2014 by Plaintiff-Appellee/Cross-Appellant Eileen Munnig Schmidt Nims,

IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved, and the appeal and cross-appeal are dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, May 2, 2014.

Chief Judge

Associate Judge

Associate Judge